ARLENE PRATER, Bar No. 67191
ALISON D. ALPERT, Bar No. 199257
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Telecopier: (619) 233-6118
Email: Arlene.Prater@bbklaw.com
Email: Alison.Alpert@bbklaw.com

FILED

08 MAY 2 PM 12: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                      DEPUTY

Attorneys for Defendant
MORGAN SERVICES, INC., a Delaware corporation (erroneously named as an Illinois corporation)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SWIMAN, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN SERVICES, INC., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: '08 CV 0806 WQH NLS<br>Judge:<br><br>DECLARATION OF ARLENE PRATER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT<br><br>Complaint Filed: March 20, 2008 |



SDLIT\APRATER\364096.1

DECLARATION OF ARLENE PRATER IN SUPPORT OF
NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.:

I, Arlene Prater, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration, and if called to testify, I could competently testify to the matters stated herein.

2. I am an attorney licensed to practice law in the State of California and in the District Court for the Southern District of California. I am a partner with the law firm of Best Best & Krieger LLP, attorneys for Defendant Morgan Services, Inc. ("Morgan Services").

3. I exclusively represent employers in employment and labor matters and litigation. I am familiar with damages and attorneys' fees in wage and hour lawsuits under California law.

4. I have calculated potential damages as follows based on the allegations in Plaintiff's Complaint and records from Morgan Services, his hours worked (eighteen (18) weeks or ninety (90) days of employment), and hourly rate while employed at Morgan Services ($10.91/hour) and my knowledge of the area of law:

   A. I calculated that if the Court assessed a penalty of one-hour's wage for each day of the alleged missed rest periods and one hour's wage for each missed meal period for Plaintiff during his eighteen (18) weeks of employment the damages would equal $1,963.80.

   B. I calculated that if the Court assessed a penalty for eighteen (18) weeks of failing to provide the proper wage statements with hours worked ($50 first week and $100 for each subsequent pay period) the penalties would total $1,750.00.

   C. I calculated that if the Court awarded Plaintiff twenty (20) hours of overtime for eighteen (18) weeks at the rate of time and a half (for hours over eight (8) but less than twelve (12)), the unpaid overtime would total $5,893.20.

   D. I calculated that if the Court awarded Plaintiff ten (10) hours of overtime for eighteen (18) weeks at the rate of double-time (for hours over twelve (12) in a day), the unpaid overtime at the double-time rate would total $3,927.60.

E.  I calculated that if the Court awarded Plaintiff waiting time penalties for the unpaid wages which were due, of one day's pay for the maximum thirty (30) days at the rate regular rate of pay and using eight (8) hours per day, the penalties would total $2,618.40.

F.  I estimated an award for restitution for Business and Professions Code section 17200 et seq. violation as equal to the amount for the claims for unpaid wages, missed meal and breaks and penalties of $16,153.00.

5. Therefore, Plaintiff's alleged damages, including unpaid overtime, penalties and restitution, if awarded in full, would total at least $32,306.00.

6. I am familiar with civil actions involving wage and hour issues, California Labor Code and Industrial Welfare Commission Wage Order violations, and Business and Professions Code section 17200 et seq. claims. Based upon my past experience, I estimate Plaintiff will incur attorneys' fees at least in excess of $45,000 which combined with the other damages claimed will readily exceed $75,000 in pursuing his claims against Defendant.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 2nd day of May, 2008 in San Diego, California.

ARLENE PRATER

SDLIT\APRATER\364096.1

- 2 -  DECLARATION OF ARLENE PRATER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.: