1  ARLENE PRATER, Bar No. 67191
   ALISON D. ALPERT, Bar No. 199257
2  BEST BEST & KRIEGER LLP
   655 West Broadway, 15th Floor
3  San Diego, CA 92101
   Telephone: (619) 525-1300
4  Telecopier: (619) 233-6118
   Email: Arlene.Prater@bbklaw.com
5  Email: Alison.Alpert@bbklaw.com

6

   Attorneys for Defendant
7  MORGAN SERVICES, INC., a Delaware
   corporation (erroneously named as an Illinois
8  corporation)

FILED

08 MAY -2 PM 12: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12 | WILLIAM SWIMAN, individually and on       | Case No. '08 CV 0806 WQH NLS
   | behalf of all other persons similarly      | Judge:
13 | situated and on behalf of the general public, |
                                                 | DECLARATION OF GLENN TEIXEIRA IN
14 |            Plaintiff,                       | SUPPORT OF NOTICE OF REMOVAL OF
                                                 | ACTION TO FEDERAL COURT
15 |    v.                                       |
                                                 | Complaint Filed: March 20, 2008
16 | MORGAN SERVICES, INC., an Illinois          |
   | corporation; and DOES 1 through 100,        |
17 | inclusive,                                  |

18 |            Defendants.

SDLIT\APRATER\364071.1

DECLARATION OF GLENN TEIXEIRA IN SUPPORT OF
NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.:

I, Glenn Teixeira, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration, and if called to testify, I could competently testify to the matters stated herein.

2. I am employed as the California General Manager at Morgan Services, Inc. ("Morgan Services"), in charge of Morgan Services' California operations. This Declaration is in support of Morgan Services' Notice of Removal of Action to Federal Court.

3. Morgan Services is incorporated in Delaware. Morgan Services' corporate headquarters are in Illinois and it conducts approximately 13% of its business in that state. Morgan Services conducts the majority of its business, approximately 30%, in Ohio.

4. I am informed that William Swiman has filed a lawsuit for unpaid overtime, missed meal and break periods, and other wage claims, based on his employment with Morgan Services. I am also informed Plaintiff Swiman filed the lawsuit as a class action, naming drivers who drive a truck and deliver linens and other products to customers of Morgan Services as the class (the "putative class"). These drivers are called Service Representatives.

5. Plaintiff Swiman was a Service Representative in the San Diego Branch. His duties primarily involved driving a truck delivering linens and garments to Morgan Services' customers.

6. Plaintiff Swiman, as do other Service Representatives, delivered some specially ordered garments, mats and linen, specifically customized to the requirements of many of Defendant's customers, where such deliveries constitute the last leg of a continuous interstate transit originating at an out-of-state manufacturing facility. Such merchandise is ordered from the manufacturer, specifically for the customer and its individualized requirements, including uniforms in specific sizes for the customers, and door mats with the customer's name or logo imprinted.

7. Morgan Services' personnel records show that Plaintiff Swiman was employed by Morgan Services from November 12, 2007 to March 14, 2008. His hourly wage was $10.91. The records show his address at all times employed and last known address to be in California.

////

8. Morgan Services' payroll records show that for the past four-year period, a total of seventy-six (76) Service Representatives were employed by Morgan Services. Currently Morgan Services employs a total of twenty-six (26) Service Representatives in its three Branches.

9. The job duties and schedules of the Service Representatives vary in the following ways, among others:

A. The number of daily stops on the Service Representatives' routes varies between four (4) and twenty-five (25) stops per shift.

B. The daily distances driven by Service Representatives varies between fifteen (15) and two hundred (200) miles per shift and covers various environments from urban to suburban to rural and various physical terrains.

C. The daily distances between stops made by Service Representatives varies from stops next door to each other, to distances of more than ten (10) miles between stops.

D. Service Representatives may work shifts that begin anytime between 3:00 a.m. and 8:30 a.m., and their shifts may end between 11:00 a.m. (for those who start earliest) and 4:00 p.m. (for those who start later in the day). The length of the shifts may vary day to day, and between Service Representatives.

E. All Service Representatives make time-sensitive deliveries. However, the number and urgency of deliveries varies between drivers, as well as for each individual driver on a daily basis.

F. The number of times that Service Representatives return to their Morgan Services Branch to either pick up additional product or to unload soiled product varies between Service Representatives, as well as for each individual Service Representative on a daily basis.

////
////
////

SDLIT\APRATER\364071.1 - 2 - DECLARATION OF GLENN TEIXEIRA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.:

G. The volume of product delivered by each Service Representative varies on a daily basis based on the needs of the customers, the route, and any unexpected additional deliveries necessary on any given day.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 2nd day of May, 2008 in Los Angeles, California.

_____
GLENN TEIXEIRA