1  ARLENE PRATER, Bar No. 67191
   ALISON D. ALPERT, Bar No. 199257
2  BEST BEST & KRIEGER LLP
   655 West Broadway, 15th Floor
3  San Diego, CA 92101
   Telephone: (619) 525-1300
4  Telecopier: (619) 233-6118
   Email: Arlene.Prater@bbklaw.com
5  Email: Alison.Alpert@bbklaw.com

6

7  Attorneys for Defendant
   MORGAN SERVICES, INC., a Delaware
   corporation (erroneously named as an Illinois
8  corporation)

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  WILLIAM SWIMAN, individually and on behalf of all other persons similarly 13  situated and on behalf of the general public, | Case No.   08 CV 0806 WQH NLS<br>Judge:      Hon. William Q. Hayes |
| 14          Plaintiff, | |
| 15      v. | CORPORATE DISCLOSURE STATEMENT<br><br>[**Fed. R. Civ. P. 7.1**] |
| 16  MORGAN SERVICES, INC., an Illinois corporation; and DOES 1 through 100, 17  inclusive, | |
| 18          Defendants. | Complaint filed:   March 20, 2008 |

1  Morgan Services, Inc. ("Morgan Services") certifies that it is a non-governmental
2  corporation organized and existing under the laws of the State of Delaware.
3      1.    Morgan Services is not a publicly-held corporation or other public-held entity.
4      2.    Morgan Services does not have any parent corporation.
5      3.    No publicly-held corporation owns ten percent (10%) or more of Morgan Services'
6  stock.

Dated: May 9, 2008　　　　　　　　　　　BEST BEST & KRIEGER LLP


　　　　　　　　　　　　　　　　　　　　/s/ Arlene Prater
　　　　　　　　　　　　　　　　　　　　ARLENE PRATER
　　　　　　　　　　　　　　　　　　　　ALISON D. ALPERT
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　MORGAN SERVICES, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of records will be served by facsimile transmission and/or first class mail this 9th day of May, 2008

/s/ Arlene Prater