Jason E. Baker, Esq. (SBN: 197666)
Brent Jex, Esq. (SBN: 235251)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Plaintiff and Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SWIMAN, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN SERVICES, INC., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08cv806-WQH (NLS)<br><br>**DECLARATION OF WILLIAM SWIMAN SUPPORTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Oral Argument Not Required]<br><br>Date:  July 21, 2008<br>Time:  11:00 a.m.<br>Place:  Courtroom 4 (4th Floor)<br>Judicial Officer: Hon. William Hayes |

I, William Swiman, hereby declare as follows:

1. I am the named Plaintiff in the above entitled action and I seek to represent a Class of composed of "all persons who were employed as a "Driver" at any Morgan work site in the State of California (the "Class") during the period commencing from April 1, 2004 up until the date of trial (the "Class Period")." I have personal knowledge of the following facts and if called upon as a witness I could and would competently testify to the matters stated herein.

2. I was employed as a Driver by defendant Morgan Services, Inc. ("Morgan") continuously from November 12, 2007 until March 14, 2008. My job duties consisted primarily of picking up and delivering linen between Morgan and its customers located throughout San Diego County.

3. Attached hereto as Exhibit "A" are true and correct copies of my pay stubs during my

time of employment with Morgan. These pay stubs show that I was typically paid 10 hours of overtime compensation per week.

4. Because I regularly received overtime compensation, I believed that Morgan was legally required to pay me for all the overtime hours I worked.

5. I have no legal training, and no prior experience working in the linen industry. I have no knowledge of what state and federal "exemptions" are, and I always believed Morgan was legally required to pay me overtime.

6. In working many hours of overtime, I always relied on Defendant's payment of overtime compensation, and I would not have been willing to work those extra hours if I didn't believe I would be paid extra overtime for working them.

7. I have personally read the Declaration of Glenn Teixeira in Support Of Notice Of Removal Of Action To Federal Court, and am familiar with his allegations that I delivered some specially ordered garments, mats and linen, that are allegedly deliveries constituting the last leg of a continuous interstate transit originating at an out-of-state manufacturing facility.

8. I do not believe these allegations to be true and therefore contradict them. To the best of my knowledge, I never had any involvement with these alleged goods. Additionally, all of the embroidered goods that I delivered were embroidered at Morgan's facilities located in ether Los Angeles or San Diego. As stated above, I regularly picked up dirty linen from Morgan's customers and delivered clean linen. Furthermore, I have never met Glenn Teixeira, and I never saw him at any job site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration is executed this 27th day of May, 2008 in San Diego, California.

William Swiman

DECLARATION OF WILLIAM SWIMAN      - 2 -

Case 3:08-cv-00806-NLS    Document 5-3    Filed 05/28/2008    Page 3 of 16

**EXHIBIT A**

MORGAN SERVICES INC
323 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157-DIRDE
91-4-201
800055

12/20/2007  Direct Deposit
DATE   CHECK NO.

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**
AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 1
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 12/09/07 to 12/15/07
Check Date: 12/20/07    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 450.47 | 2326.66 |
| Net Pay | 450.47 | 2326.66 |

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | REGULAR | 50.00 | 10.9100 | 545.50 | 242.00 | 2640.22 |
| | OVERTIME | 10.00 | 5.4550 | 54.55 | 50.00 | 272.75 |
| | HOLIDAY | | | | 8.00 | 87.28 |
| | MED125 (CA,IL,I | | | -30.00 | | -45.00 |
| | GROSS | 60.00 | | 570.05 | 300.00 | 2955.25 |
| | TRUE GROSS | | | 600.05 | | 3000.25 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 60.87 | 320.10 |
| | OASDI | 35.34 | 183.21 |
| | MEDICARE | 8.27 | 42.85 |
| | STATE W/H CA | 11.68 | 64.70 |
| | STATE SDI CA | 3.42 | 17.73 |
| | TOTAL | 119.58 | 628.59 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 450.47 | 2326.66 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

MORGAN SERVICES INC
123 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157-DIRDEP
91-4-201
800055

66-788
531

| DATE | CHECK NO. |
|---|---|
| 12/27/2007 | Direct Deposit |

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**

AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

FOLD AND REMOVE                                           FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 1
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 12/16/07 to 12/22/07
Check Date: 12/27/07    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 461.09 | 2787.75 |
| Net Pay | 461.09 | 2787.75 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 50.00 | 10.9100 | 545.50 | 292.00 | 3185.72 |
| OVERTIME | 10.00 | 5.4550 | 54.55 | 60.00 | 327.30 |
| HOLIDAY | | | | 8.00 | 87.28 |
| MED125 (CA,IL,I | | | -15.00 | | -60.00 |
| GROSS | 60.00 | | 585.05 | 360.00 | 3540.30 |
| TRUE GROSS | | | 600.05 | | 3600.30 |

**WITHHOLDINGS**

| DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|
| FEDERAL W/H | | | 63.12 | | 383.22 |
| OASDI | | | 36.27 | | 219.48 |
| MEDICARE | | | 8.48 | | 51.33 |
| STATE W/H CA | | | 12.58 | | 77.28 |
| STATE SDI CA | | | 3.51 | | 21.24 |
| TOTAL | | | 123.96 | | 752.55 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 461.09 | 2787.75 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

MORGAN SERVICES INC  
323 N MICHIGAN AVE  
CHICAGO, IL 60601

0405-3157-DIRDEP  
91/4/201  
800055

| DATE | CHECK NO. |
|---|---|
| 01/03/2008 | Direct Deposit |

PAY TO THE ORDER OF

WILLIAM SWIMAN  
2141 FRONT STREET  
APT B  
SAN DIEGO CA 92101

This is not a check.  
**VOID**

AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA  
ASHEVILLE, NC

**NON-NEGOTIABLE**  
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**  
WILLIAM SWIMAN  
2141 FRONT STREET  
APT B  
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX  Employee ID: 800055  
Hire Date: 11/12/07  
Status:  
Filing Status:  
Federal: Single, 1  
State: CA, Single, 1  
Div/Br/Dept: 91/4/201

Pay Period: 12/23/07 to 12/29/07  
Check Date: 01/03/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 461.08 | 461.08 |
| Net Pay | 461.08 | 461.08 |

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | REGULAR | 42.00 | 10.9100 | 458.22 | 42.00 | 458.22 |
| | OVERTIME | 10.00 | 5.4550 | 54.55 | 10.00 | 54.55 |
| | HOLIDAY | 8.00 | 10.9100 | 87.28 | 8.00 | 87.28 |
| | MED125 (CA,IL,I | | | -15.00 | | -15.00 |
| | GROSS | 60.00 | | 585.05 | 60.00 | 585.05 |
| | TRUE GROSS | | | 600.05 | | 600.05 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 62.66 | 62.66 |
| | OASDI | 36.27 | 36.27 |
| | MEDICARE | 8.48 | 8.48 |
| | STATE W/H CA | 11.88 | 11.88 |
| | STATE SDI CA | 4.68 | 4.68 |
| | TOTAL | 123.97 | 123.97 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 461.08 | 461.08 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

MORGAN SERVICES INC  
325 N MICHIGAN AVE  
CHICAGO, IL 60604

0405-3157-DIRDEP  
91/4/201  
800055

| DATE | CHECK NO. |
|---|---|
| 01/10/2008 | Direct Deposit |

PAY TO THE ORDER OF  
WILLIAM SWIMAN  
2141 FRONT STREET  
APT B  
SAN DIEGO CA 92101

This is not a check.  
**VOID**

VOID THIS IS NOT A CHECK

BANK OF AMERICA  
ASHEVILLE, NC

**NON-NEGOTIABLE**  
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**  
WILLIAM SWIMAN  
2141 FRONT STREET  
APT B  
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055  
Hire Date: 11/12/07  
Status:  
Filing Status:  
Federal: Single, 1  
State: CA, Single, 1  
Div/Br/Dept: 91/4/201

Pay Period: 12/30/07 to 01/05/08  
Check Date: 01/10/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 461.08 | 922.16 |
| Net Pay | 461.08 | 922.16 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 42.00 | 10.9100 | 458.22 | 84.00 | 916.44 |
| OVERTIME | 10.00 | 5.4550 | 54.55 | 20.00 | 109.10 |
| HOLIDAY | 8.00 | 10.9100 | 87.28 | 16.00 | 174.56 |
| MED125 (CA,IL,I | | | -15.00 | | -30.00 |
| GROSS | 60.00 | | 585.05 | 120.00 | 1170.10 |
| TRUE GROSS | | | 600.05 | | 1200.10 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 62.66 | 125.32 |
| OASDI | 36.27 | 72.54 |
| MEDICARE | 8.48 | 16.96 |
| STATE W/H CA | 11.88 | 23.76 |
| STATE SDI CA | 4.68 | 9.36 |
| TOTAL | 123.97 | 247.94 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 461.08 | 922.16 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

MORGAN SERVICES INC
333 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157/DIRDEP
91-4/201
800055

**01/17/2008** DATE | **Direct Deposit** CHECK NO.

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**

AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 1
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 01/06/08 to 01/12/08
Check Date: 01/17/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 461.08 | 1383.24 |
| Net Pay | 461.08 | 1383.24 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 50.00 | 10.9100 | 545.50 | 134.00 | 1461.94 |
| OVERTIME | 10.00 | 5.4550 | 54.55 | 30.00 | 163.65 |
| HOLIDAY | | | | 16.00 | 174.56 |
| MED125 (CA,IL,I | | | -15.00 | | -45.00 |
| GROSS | 60.00 | | 585.05 | 180.00 | 1755.15 |
| TRUE GROSS | | | 600.05 | | 1800.15 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 62.66 | 187.98 |
| OASDI | 36.27 | 108.81 |
| MEDICARE | 8.48 | 25.44 |
| STATE W/H CA | 11.88 | 35.64 |
| STATE SDI CA | 4.68 | 14.04 |
| TOTAL | 123.97 | 371.91 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 461.08 | 1383.24 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

MORGAN SERVICES INC
329 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157-DIRDEP
91-4-201
800055

| DATE | CHECK NO. |
|---|---|
| 01/24/2008 | Direct Deposit |

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**

AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX   Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 01/13/08 to 01/19/08
Check Date: 01/24/08   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 471.17 | 1854.41 |
| Net Pay | 471.17 | 1854.41 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 50.00 | 10.9100 | 545.50 | 184.00 | 2007.44 |
| OVERTIME | 10.00 | 5.4550 | 54.55 | 40.00 | 218.20 |
| HOLIDAY | | | | 16.00 | 174.56 |
| MED125 (CA,IL,I | | | -15.00 | | -60.00 |
| GROSS | 60.00 | | 585.05 | 240.00 | 2340.20 |
| TRUE GROSS | | | 600.05 | | 2400.20 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 52.57 | 240.55 |
| OASDI | 36.27 | 145.08 |
| MEDICARE | 8.48 | 33.92 |
| STATE W/H CA | 11.88 | 47.52 |
| STATE SDI CA | 4.68 | 18.72 |
| TOTAL | 113.88 | 485.79 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 471.17 | 1854.41 |

Payrolls by Paychex, Inc.
0405-3157 MORGAN SERVICES INC

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

MORGAN SERVICES INC
328 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157-DIRDEP
91-4-201
800055

| | |
|---|---|
| 01/31/2008 | Direct Deposit |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**
AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

🏠 FOLD AND REMOVE                                                                    FOLD AND REMOVE 🏠

**PERSONAL AND CHECK INFORMATION**

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 01/20/08 to 01/26/08
Check Date: 01/31/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 471.17 | 2325.58 |
| Net Pay | 471.17 | 2325.58 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 50.00 | 10.9100 | 545.50 | 234.00 | 2552.94 |
| OVERTIME | 10.00 | 5.4550 | 54.55 | 50.00 | 272.75 |
| HOLIDAY | | | | 16.00 | 174.56 |
| MED125 (CA,IL,I | | | -15.00 | | -75.00 |
| GROSS | 60.00 | | 585.05 | 300.00 | 2925.25 |
| TRUE GROSS | | | 600.05 | | 3000.25 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 52.57 | 293.12 |
| OASDI | 36.27 | 181.35 |
| MEDICARE | 8.48 | 42.40 |
| STATE W/H CA | 11.88 | 59.40 |
| STATE SDI CA | 4.68 | 23.40 |
| TOTAL | 113.88 | 599.67 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 471.17 | 2325.58 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC ■

MORGAN SERVICES, INC.
373 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157-DIRDEP
91-4-201
800055

DATE: 02/07/2008    CHECK NO: Direct Deposit

PAY TO THE ORDER OF
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check. **VOID**

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 01/27/08 to 02/02/08
Check Date: 02/07/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 471.17 | 2796.75 |
| Net Pay | 471.17 | 2796.75 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 50.00 | 10.9100 | 545.50 | 284.00 | 3098.44 |
| OVERTIME | 10.00 | 5.4550 | 54.55 | 60.00 | 327.30 |
| HOLIDAY | | | | 16.00 | 174.56 |
| MED125 (CA,IL,I | | | -15.00 | | -90.00 |
| GROSS | 60.00 | | 585.05 | 360.00 | 3510.30 |
| TRUE GROSS | | | 600.05 | | 3600.30 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 52.57 | 345.69 |
| OASDI | 36.27 | 217.62 |
| MEDICARE | 8.48 | 50.88 |
| STATE W/H CA | 11.88 | 71.28 |
| STATE SDI CA | 4.68 | 28.08 |
| TOTAL | 113.88 | 713.55 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 471.17 | 2796.75 |

Payrolls by Paychex, Inc.
0405-3157 MORGAN SERVICES INC

MORGAN SERVICES INC
323 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157 DIRDEP
91/4/201
800055

DATE: 02/14/2008    CHECK NO.: Direct Deposit

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**

AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 02/03/08 to 02/09/08
Check Date: 02/14/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION      | CURRENT ($) | YTD ($)  |
|------------------|-------------|----------|
| CHECKING1 - 2011 | 471.17      | 3267.92  |
| Net Pay          | 471.17      | 3267.92  |

**EARNINGS**

| DESCRIPTION       | HOURS | RATE    | CURRENT ($) | YTD HOURS | YTD ($)  |
|-------------------|-------|---------|-------------|-----------|----------|
| REGULAR           | 50.00 | 10.9100 | 545.50      | 334.00    | 3643.94  |
| OVERTIME          | 10.00 | 5.4550  | 54.55       | 70.00     | 381.85   |
| HOLIDAY           |       |         |             | 16.00     | 174.56   |
| MED125 (CA,IL,I   |       |         | -15.00      |           | -105.00  |
|                   |       |         |             |           |          |
| GROSS             | 60.00 |         | 585.05      | 420.00    | 4095.35  |
| TRUE GROSS        |       |         | 600.05      |           | 4200.35  |

**WITHHOLDINGS**

| DESCRIPTION   | CURRENT ($) | YTD ($) |
|---------------|-------------|---------|
| FEDERAL W/H   | 52.57       | 398.26  |
| OASDI         | 36.27       | 253.89  |
| MEDICARE      | 8.48        | 59.36   |
| STATE W/H CA  | 11.88       | 83.16   |
| STATE SDI CA  | 4.68        | 32.76   |
| TOTAL         | 113.88      | 827.43  |

| NET PAY | CURRENT ($) | YTD ($) |
|---------|-------------|---------|
|         | 471.17      | 3267.92 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

```
MORGAN SERVICES INC                     0405-3157-DIRDEP                02/21/2008      Direct
323 N MICHIGAN AVE                         91-4-201                                     Deposit
CHICAGO, IL 60601                           800055                     DATE          CHECK NO.
```

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**

AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 02/10/08 to 02/16/08
Check Date: 02/21/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 471.17 | 3739.09 |
| Net Pay | 471.17 | 3739.09 |

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | REGULAR | 50.00 | 10.9100 | 545.50 | 384.00 | 4189.44 |
| | OVERTIME | 10.00 | 5.4550 | 54.55 | 80.00 | 436.40 |
| | HOLIDAY | | | | 16.00 | 174.56 |
| | MED125 (CA,IL,I | | | -15.00 | | -120.00 |
| | GROSS | 60.00 | | 585.05 | 480.00 | 4680.40 |
| | TRUE GROSS | | | 600.05 | | 4800.40 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 52.57 | 450.83 |
| | OASDI | 36.27 | 290.16 |
| | MEDICARE | 8.48 | 67.84 |
| | STATE W/H CA | 11.88 | 95.04 |
| | STATE SDI CA | 4.68 | 37.44 |
| | TOTAL | 113.88 | 941.31 |

| | NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | | 471.17 | 3739.09 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

**MORGAN SERVICES INC**
324 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157-DIRDEP
91-4-201
800055

DATE: 02/28/2008  CHECK NO.: Direct Deposit

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check. **VOID**

AMOUNT

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 02/17/08 to 02/23/08
Check Date: 02/28/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 471.17 | 4210.26 |
| Net Pay | 471.17 | 4210.26 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 50.00 | 10.9100 | 545.50 | 434.00 | 4734.94 |
| OVERTIME | 10.00 | 5.4550 | 54.55 | 90.00 | 490.95 |
| HOLIDAY | | | | 16.00 | 174.56 |
| MED125 (CA,IL,I | | | -15.00 | | -135.00 |
| GROSS | 60.00 | | 585.05 | 540.00 | 5265.45 |
| TRUE GROSS | | | 600.05 | | 5400.45 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 52.57 | 503.40 |
| OASDI | 36.27 | 326.43 |
| MEDICARE | 8.48 | 76.32 |
| STATE W/H CA | 11.88 | 106.92 |
| STATE SDI CA | 4.68 | 42.12 |
| TOTAL | 113.88 | 1055.19 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 471.17 | 4210.26 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

```
MORGAN SERVICES INC                0405-3157   DIRDEP
123 N MICHIGAN AVE                             91-4-201
CHICAGO, IL 60601                              800055
```

|  |  |
|---|---|
| | 03/06/2008 — Direct Deposit |
| | DATE / CHECK NO. |

PAY TO THE ORDER OF

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**

AMOUNT

VOID  THIS  IS  NOT  A  CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 02/24/08 to 03/01/08
Check Date: 03/06/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 494.27 | 4704.53 |
| Net Pay | 494.27 | 4704.53 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 52.00 | 10.9100 | 567.32 | 486.00 | 5302.26 |
| OVERTIME | 12.00 | 5.4550 | 65.46 | 102.00 | 556.41 |
| HOLIDAY | | | | 16.00 | 174.56 |
| MED125 (CA,IL,) | | | -15.00 | | -150.00 |
| GROSS | 64.00 | | 617.78 | 604.00 | 5883.23 |
| TRUE GROSS | | | 632.78 | | 6033.23 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 57.47 | 560.87 |
| OASDI | 38.30 | 364.73 |
| MEDICARE | 8.96 | 85.28 |
| STATE W/H CA | 13.84 | 120.76 |
| STATE SDI CA | 4.94 | 47.06 |
| TOTAL | 123.51 | 1178.70 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 494.27 | 4704.53 |

Payrolls by Paychex, Inc.

0405-3157 MORGAN SERVICES INC

**MORGAN SERVICES INC**
323 N MICHIGAN AVE
CHICAGO, IL 60601

0405-3157-DIRDEP
91-4-201
800055

DATE: 03/13/2008
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO CA 92101

This is not a check.
**VOID**

VOID THIS IS NOT A CHECK

BANK OF AMERICA
ASHEVILLE, NC

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

**PERSONAL AND CHECK INFORMATION**
WILLIAM SWIMAN
2141 FRONT STREET
APT B
SAN DIEGO, CA 92101

Soc Sec #: XXX-XX-XXXX    Employee ID: 800055
Hire Date: 11/12/07
Status:
Filing Status:
Federal: Single, 2
State: CA, Single, 1
Div/Br/Dept: 91/4/201

Pay Period: 03/02/08 to 03/08/08
Check Date: 03/13/08    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2011 | 494.27 | 5669.97 |
| Net Pay | 494.27 | 5669.97 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 52.00 | 10.9100 | 567.32 | 588.00 | 6415.08 |
| OVERTIME | 12.00 | 5.4550 | 65.46 | 124.00 | 676.42 |
| HOLIDAY | | | | 16.00 | 174.56 |
| MED125 (CA,IL,I | | | -15.00 | | -180.00 |
| GROSS | 64.00 | | 617.78 | 728.00 | 7086.06 |
| TRUE GROSS | | | 632.78 | | 7266.06 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 57.47 | 670.91 |
| OASDI | 38.30 | 439.30 |
| MEDICARE | 8.96 | 102.72 |
| STATE W/H CA | 13.84 | 146.48 |
| STATE SDI CA | 4.94 | 56.68 |
| TOTAL | 123.51 | 1416.09 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 494.27 | 5669.97 |

Payrolls by Paychex, Inc.
0405-3157 MORGAN SERVICES INC