Jason E. Baker, Esq. (SBN: 197666)
Brent Jex, Esq. (SBN: 235251)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Telephone: (858) 552-6750
Facsimile:  (858) 552-6749

Attorneys for Plaintiff and Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SWIMAN, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN SERVICES, INC., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 08cv806-WQH (NLS)

**CERTIFICATE OF SERVICE**

Date:            July 21, 2008
Time:           11:00 a.m.
Place:          Courtroom    4    (4th Floor)
Judicial Officer:    Hon. William Hayes

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Notice of Motion and Motion to Remand, Plaintiff's Memorandum of Points and Authorities Supporting Motion to Remand, Declaration of William Swiman Supporting Plaintiff's Motion to Remand was filed electronically on May 28, 2008, and will, therefore, be served electronically upon:

Arlene Prater, Esq.
Alison D. Alpert, Esq.
BEST BEST & KREIGER, LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
T: 619-525-1300
F: 619-233-6118
Arlene.Prater@bbklaw.com
Alison.Alpert@bbklaw.com

**CERTIFICATE OF SERVICE**                    Case No. 08cv806-WQH (NLS)

1    Executed May 28, 2008, at San Diego, California.

2

3                                              s/ Brent Jex
                                               Brent Jex
4                                              Attorney for Plaintiff
                                               William Swiman
5                                              e-mail: bjex@keeganbaker.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28