1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   WILLIAM SWIMAN, individually and on        )    Civil No.08cv806-WQH(NLS)
     behalf of all other persons similarly situated  )
     and on behalf of the general public,       )    **NOTICE AND ORDER SETTING**
12                                              )    *TELEPHONIC* **SETTLEMENT**
                              Plaintiff,        )    **DISPOSITION CONFERENCE**
13   v.                                         )
                                                )
14   MORGAN SERVICES, INC., and Illinois        )
     Corporation; and DOES 1 through 100,       )
15   inclusive,                                 )
                                                )
16                            Defendants.       )
                                                )
17   _____        )

18        An Early Neutral Evaluation Conference was held in the above-captioned matter on June 11,

19   2008.  The parties settled the case amicably.  Accordingly a *telephonic* Settlement Disposition

20   Conference will be held on ***July 18, 2008***, at ***10:15 a.m.*** before Magistrate Judge Stormes.  Plaintiff's

21   counsel shall initiate the conference call.  The telephonic Settlement Disposition Conference will be

22   taken off calendar if the parties file a joint motion for dismissal prior to that time.

23        **IT IS SO ORDERED**.

24   DATED:  June 12, 2008

25                                              Hon. Nita L. Stormes
26                                              U.S. Magistrate Judge

27

28

                                              1                                    08cv806

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv806