

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SWIMAN, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>                Plaintiff,<br>v.<br><br>MORGAN SERVICES, INC., and Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Civil No. 08cv806-WQH(NLS)<br><br>**CONSENT AND ORDER TO PROCEED BEFORE MAGISTRATE JUDGE STORMES FOR ALL PURPOSES** |

      In accordance with the provisions of 28 U.S.C. §636(c), the parties to the above-captioned case hereby waive their right to proceed before a United States District Court Judge and consent to have United States Magistrate Judge Nita L. Stormes conduct any and all further proceedings, including trial, entry of judgment, and the enforcement of any settlement agreement that has been or is reached between the parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| Signature | Signature Date |
|---|---|
| *[signature]* | 6-11-08 |
| Plaintiff | |
| *[signature]* | 6-11-08 |
| Plaintiff's Counsel | |
| *[signature]* | 6-11-08 |
| Defendant | |
| *[signature]* Prater | 6-11-08 |
| Defense Counsel | |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Nita L. Stormes, United States Magistrate Judge, for all settlement proceedings and the entry of judgment in accordance with Title 28, United States Code, section 636(c), Federal Rule of Civil Procedure 73 and the foregoing consent of the parties.

6/17/08

DATE

*[signature]*

UNITED STATES DISTRICT JUDGE