1  ARLENE PRATER, Bar No. 67191
   ALISON D. ALPERT, Bar No. 199257
2  BEST BEST & KRIEGER LLP
   655 West Broadway, 15th Floor
3  San Diego, CA 92101
   Telephone: (619) 525-1300
4  Telecopier: (619) 233-6118
   Email: Arlene.Prater@bbklaw.com
5  Email: Alison.Alpert@bbklaw.com

6

7  Attorneys for Defendant
   MORGAN SERVICES, INC., a Delaware
   corporation (erroneously named as an Illinois
8  corporation)

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12  WILLIAM SWIMAN, individually and on        Case No.   08 CV 0806 WQH NLS
    behalf of all other persons similarly       Magistrate Judge: Hon. Nita L. Stormes
13  situated and on behalf of the general public,
                                                JOINT MOTION FOR DISMISSAL
14           Plaintiff,

15      v.
                                                Complaint filed:   March 20, 2008
16  MORGAN SERVICES, INC., an Illinois
    corporation; and DOES 1 through 100,
17  inclusive,

18           Defendants.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
SAN DIEGO

The parties to this action through their designated counsel hereby jointly move that the above-captioned action be dismissed with prejudice, subject to the Consent And Order To Proceed Before Magistrate Judge Stormes For All Purposes dated June 17, 2008, in which the Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated: July 7, 2008                    KEEGAN & BAKER, LLP


/s/ Brent Jex
JASON E. BAKER
BRENT JEX
Attorneys for Plaintiff
WILLIAM SWIMAN

Dated: July 7, 2008                    BEST BEST & KRIEGER LLP


/s/ Arlene Prater
ARLENE PRATER
ALISON D. ALPERT
Attorneys for Defendant
MORGAN SERVICES, INC.