UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SWIMAN, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN SERVICES, INC., and Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil No.08cv806-WQH(NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>[Doc. No. 10] |

**IT IS HEREBY ORDERED** that pursuant to the joint motion of the parties, the above-captioned action be dismissed with prejudice, subject to the Consent And Order To Proceed Before Magistrate Judge Stormes For All Purposes dated June 17, 2008, in which the Court retains jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

DATED: July 7, 2008

_/s/ Nita L. Stormes_
Hon. Nita L. Stormes
U.S. Magistrate Judge